## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY Republic

:Geoffrey A. -West:

Natural Born Living man.

American National

Vs,

ECHO LAKE ENTERPRISE LLC

GARY C. ZEITZ Esquire LLC

GLOUCESTER COUNTY INC.

Court Clerk Emily Burk, and Jane Doe

Tampering with a witness

Defendants.

Case Number; GLO-DC-000006-21

### Notice of Removal To Federal District Court Diversity

Comes Now Divine Spirit in :Geoffrey A. West: Bey the Natural living Man, I Am Indigenous to North America, an Heir by blood, autochthonous to Turtle Island, North America, Aboriginal to Amexem, and the Americas by birthright, Under the Peace and Friendship Treaty of 1786-1787, I raise this Federal Question pursuant to the Constitution for the United States 1789 and I accept all oaths of all U.S. Agents in this matter as I remove case Number GLO-DC-000006-21 From Gloucester County INC. to a Federal Jurisdiction pursuant to 28 U.S.C. ss 1331, 1441 and 1446, by special appearance so as to preserve any and all defenses available under rule 12 of the federal rules of civil procedure, hereby gives notice of the removal of this action from the circuit court of Gloucester County INC. New Jersey bearing docket number GLO-DC-000006-21, to the United States District Court in support of this notice of removal by; The Living Man named :Geoffrey A. West: by my natural born Mother state as follows;

### INTRODUCTION

Plaintiffs, ECHO LAKE ENTERPRISES INC, GLOUCESTER COUNTY INC. Sheriff, and employees of said GLOUCESTER COUNTY INC. as well as all Attorneys and BAR Monopoly employees, and bankers of Gloucester County INC. did use a name similar to my name and many versions of the name similar to My given Name by my natural born mother, Name being :Geoffrey-West: Which is first in line, first in time the subject of all of the fraud that Complainers are forcing me by rape to give the LLCs and INCs jurisdiction to control, and escheat my Legacy estate Property by creating commercial paper fiat and claiming I owe them for that while ignoring any bonds I sent them, whereas I did not, and presently Do Not Consent to any commercial conversion tactics, I hereby accept and purge all charges for set off.

Whereas the various versions of the name was used by these entities thus forcing the Living Man into adjudication without my consent, I have no idea when the Plaintiffs originally opened these cases, or the nature of them because they block all adjudications concerning these names and grant only BAR banker members to view the cases concerning :Geoffrey West: the living Man thus violating the fair trial by jury request as well as all of my

OPRA requests for Information whereas One could not Understand while being blocked from viewing the legalese and words of art by spells and curses that was used against the Living Man, :Geoffrey A.-West: Whereas I reserve the rights to use Bey at the end of my family name pursuant to HR 75 out of Philadelphia in 1933 et al.

Whereas This is a Result of their actions, whereas I reserve all of my God Given Rights, and stand by the Constitution For the United States With Federal questions being; United States vs. Southwestern Cable Co. 392 U.S. 157 and Haslem Vs. Lockwood 1871, HJR 192 June 1933 concerning the bankruptcy, and all Federal Reserve Notes are obligations of the United States, and cannot be forced onto the People by BAR Monopoly Banksters because One cannot pay a debt with a debt, and the National Debt is owed to the People, not the Governments who created the debts. Pursuant to; Article 1 Section 10, Clause 1: .2.2.1 of the Constitution which the Plaintiffs actions continue to ignore many constitutional laws to escheat, and do harm to the Indigenous People of the Americas for personal gain.

ignore all of my affidavits, and promises to pay documents, as well as all Registered Mail Filings and UCC1 filings sent to the Gloucester County Court House at 1 Cooper Street, in Woodbury New Jersey since circa 2016, and due to the nature of the documents concerning my divine Identity, I was targeted, and attacked on site by the policy enforcers of Gloucester County INC in a stalking and entrapment manner even before 2016.

## GROUNDS FOR REMOVAL

This case is properly removable pursuant to 28 U.S.C. 1441, which provides in pertinent part as follows;

a) Except as otherwise expressly provided by Act of Congress, Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending. For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.
b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, Treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought.
c) 5)This action is properly removable under 28 U.S.C. ss 1441(a) and (b) because United States District Court has jurisdiction of this case under 28 U.S.C. 1332(a) and (b) because the United States District Court has original jurisdiction of this case under 28 USC ss 1332(a) as amended which provides in pertinent part as follows:
d) The District Courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs and is between-
   1) Citizens of different States...

   2. There is a complete diversity of citizenship between the plaintiffs and defendant in this action.

   3. Plaintiffs allege that they are Corporation resident citizens of the state of New Jersey

    GLOUCESTER COUNTY INC, ECHO LAKE ENTERPRISE LLC and GARY C.ZEITZ is a STATE OF New Jersey Corporation with its principal place of business located in the state of New Jersey. Therefore, Diversity exists for purposes of removal.

## Other reasons for removal

**Title 18 USC 1028** ignore IDs            **Title 28 USC 1332** Diversity            **Title 18 USC 1091** Genocide

**Conversion Tactics   Identity Theft;**   (NJ Stat Ann ss 21C:21-1)   (NJ Stat Ann. Ss 2C:43-6, 2C: 18-6.) (State V. Gledhill.)

**Fraud On The Courts**            (New Jersey 2C:21-3B), 2C:21-4a (New Jersey False Claims Act).

**Denial Of Due Process**      (N.J.S.A. 40:55D-1 et seq.   NJSA. 10:6-1 and 2, in a land use context. OFP Vs State, 395 N.J. Super571 aff'd 197 N.J. 418 (2009)      (N.J.S.A. 12A:2-615).

**Ignoring OPRA requests**         via various Email requests (N.J.S.A. 47:1A-5(i)(2),

**Denied rights to face accusers**    New Jersey V. Cabbell:: 2011:: Supreme Court Of New Jersey Decisions

**No Jurisdiction** Over Subject Matter, Over The Person, Insufficiency of Process, Insufficiency of service of process, Failure to state a Claim upon which relief can be granted

**Entrapment**                  (2C:2-12)-NJ Court**s**

**Hearsay Evidence**            submitted by the BAR Members acting as Judge.

**Larceny**         ( NJ Stat ss 2A:61C-1,  2C-20-1;  2C:20-3 to -8, -11,  2C: 20-11 (2020)).

**Judicial Bias Due Process Violations**   Williams v Pennsylvania 579 u.s. 2016

## AMMOUNT IN CONTROVERSY

Although the payoff amounts requested by myself, :Geoffrey-West: was ignored many times, I , :Geoffrey-West: am damaged by Echo Lake LLC, Frequenting my windows and trespassing for the past year despite police reports and am being ignored by the Employees of Gloucester County INC. whereas there is a dangerous situation here in my home. Due to terroristic threats, and attempted entry of my front door, car, and back window.

## RELIEF/ REMEDY

Attempted Theft and escheatment of all of my sweat equity to date and terroristic threats and attempts against Me, my Remedy is in the amount of; **2.000,000.00 :Two Million Dollars** in lawful Money pursuant to the Constitution for the United States, and restore My estate back to its rightful place in law, and I request a restraining order placed on Echo Lake LLC to not be able to return to my domicile again. Accordingly, the jurisdictional amount in this matter is met, and the court has diversity jurisdiction pursuant to 28 U.S.C. ss 1332, 1441.

## ADOPTION AND RESERVATION OF DEFENSES

Nothing in this notice of removal shall be interpreted as a waiver, or relinquishment of any of the Living Man, :Geoffrey -West Bey: rights, to assert any defense of affirmative matter including but not limited to, the defenses of: (1) lack of jurisdiction over the American National; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and or parties; (6) failure to state a claim; (7) the mandatory arbitrability of some or all of the claims; (8) failure to join indispensable parties; (9) plaintiffs must show delegation of authority to demand fiat due to bankruptcy of 1933 and prove all debts and reveal all contracts, et al. (10) any other pertinent defense available under Tenn. Or fed. R. Civ. P. 12,

Any state or Federal statute or otherwise any and all defenses under the federal laws of bankruptcy and specifically preserving the right to demand arbitration pursuant to contractual agreements and the Federal Arbitration Act, 9 U.S.C. ss 1 et seq, as applicable.

### PROCEEDURAL REQUIREMENTS

_this case is a civil action within the meaning of the acts of congress relating to the removal of cases.

True and correct copies of all that I have that was served upon me is or will be enclosed whereas my life has been threatened and my papers are protected in another place.

I am not sure when plaintiff filed any motions because they block me from viewing anything they send on eCourts, and force me to get a BAR member so I cannot defend myself and they gain jurisdiction from wrong unfair venue.

I, the alleged defendant has heretofore sought not similar relief, and Reserve the right to supplement this notice of removal by adding any jurisdictional defenses which may independently support a basis for removal.

Alleged Defendant, :Geoffrey A.-West: pray that this court take jurisdiction and issue all necessary orders and process to remove this action from the circuit court of Gloucester County INC. New Jersey to the United States District Court for the State of New Jersey.

I hereby affirm that I have served a copy of the foregoing document by U.S. first class mail, postage pre paid on, April 22nd 2021 to the Gloucester County Superior Court for the filing and notice of case GLO-DC-000006-21 For plaintiffs to view.

By; _Geoffrey West_

All rights reserved

**Witness Jurat**

New Jersey State Republic}

I, _____ a public notary, was visited today by the living man known and identified as :Geoffrey A.-West: and he did sign and seal this Notice of Removal Affidavit in my presence and did affirm the same in my sight, whereupon I affix my signature and seal as testimony to these facts:

_____ Notary;

my commission expires on: _____.

### CERTIFICATE OF SERVICE