## UNITED STATES DISTRICT COURT
### for the District of New Jersey [LIVE]
### Camden, NJ

ECHO LAKE ENTERPRISES LLC

                Plaintiff,

v.                                    Case No.: 1:21–cv–10412–CPO–AMD

                                        Judge Christine P. O'Hearn

GEOFFREY WEST

                Defendant.

### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 6th day of January, 2022,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

/s/ Christine P. O'Hearn
_____
CHRISTINE P. O'HEARN United States District Judge